

**EXHIBIT A**

As of 10/6/2015 4:20:09 PM

## Case # 2015CVF002964 D1

**Mario Sanchez Aguirre vs. Epes Transport, Braley E Taylor**

| | |
|---|---|
| Type: | Contract |
| Date Filed: | 9/4/2015 12:00:00 AM |
| Court: | 49th District Court |
| Complaint: | Contract |

### Party Information

| Name | Affiliation |
|---|---|
| Epes Transport | Defendant |
| Mario Sanchez Aguirre | Plaintiff |
| Braley E Taylor | Defendant |

### Attorney Information

| Name | Affiliation |
|---|---|
| Christopher C. Peterson | Attorney for Defendant |
| John Saenz | Attorney for Plantiff |

### Court Dates

| Date | Description | Status |
|---|---|---|
| 12/1/2015 1:30:00 PM | Calendar Call | Open |

### Activity

| Date | Type | Description |
|---|---|---|
| 10/2/2015 5:26:28 PM | Returns | *IMG* CITATION RETURNED EXECUTED AS TO EPES TRANSPORT BY CERTIFIED MAIL DOS 9/21/15 <CMG> |
| 10/2/2015 5:23:38 PM | Returns | *IMG* CITATION RETURNED EXECUTED AS TO BRALEY E. TAYLOR BY CERTIFIED MAIL DOS 9/23/15 <CMG> |
| 9/25/2015 2:28:19 PM | Answer | *IMG* DEFENDANT'S, EPES TRANSPORT, ORIGINAL ANSWER AND AFFIRMATIVE DEFENSES. ATTY. CHRISTOPHER C. PETERSON. MG |
| 9/9/2015 11:04:52 AM | Issuance | *IMG* 4 CITATIONS ISSUED AS TO BRALEY E. TAYLOR AND EPES TRANSPORT AND HELD BY CLERK TO AWAIT COPIES OF PETITION. (GG) **CITATIONS RELEASED AND SENT BACK IN SELF ADDRESSED STAMPED ENVELOPE ON 9/14/2015** (GG) |

2015CVF002964-D1 : Mario Sanchez Aguirre vs. Epes Transport, Braley E Taylor : Web... Page 2 of 2

Case 5:15-cv-00241 Document 1-2 Filed on 10/19/15 in TXSD Page 2 of 2

## Activity

| Date | Type | Description |
| --- | --- | --- |
| 9/9/2015 10:50:07 AM | Hearing | *IMG* CALENDAR CALL FAXED TO ATTORNEY JOHN SAENZ. (GG) |
| 9/9/2015 10:50:05 AM | Court Case Assignment | Court date/time: 12/01/2015 13:30 Hearing Type: 17 Clndr Call Assignment of court date/time. Status entered as Open |
| 9/4/2015 3:24:36 PM | Case Status | Case Status entered as ACTV. Case Status ACTV: Active For BRALEY E TAYLOR |
| 9/4/2015 3:24:36 PM | Complaint | *IMG* CONTRACT |

For more information, please contact the Webb County District Clerks (956-523-4268) or County Clerks (956-523-4266) office.

