IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| MARIO SANCHEZ AGUIRRE, | § § § § | |
| Plaintiff, | | |
| v. | § § § | CIVIL NO. 5:15-cv-241 |
| BRALEY E. TAYLOR and EPES TRANSPORT, | § § § § | |
| Defendants. | | |

## STIPULATION OF DISMISSAL

Plaintiffs and defendants file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff is Mario Sanchez Aguirre.

2. On September 4, 2015, plaintiff sued defendants.

3. Plaintiffs stipulate to this dismissal of Defendants Braley E. Taylor and EPES Transport.

4. Defendants, who have served an Answer, agree to this dismissal.

5. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8. Plaintiffs have not previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.

9. This dismissal is with prejudice.

Respectfully submitted,

John Saenz
**John Saenz & Associates, PC**
Texas Bar No. 24038046
Federal Bar No. 407755
johnsaenzlaw@gmail.com

By: _____
John Saenz

Agreed To:

/s/ Christopher C. Peterson
Christopher C. Peterson
Texas State Bar No. 00798430
Federal Bar No. 21184
**LOPEZ PETERSON, PLLC.**
101 W. Hillside, Suite 1
Laredo, Texas 78041
Laredo, Texas 78041
Tel: (956) 718-2134
Fax: (956) 718-2045
cpeterson@lopezpeterson.com

**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of September, 2017, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and for transmission of all ECF registrants through the ECF System.

/s/ Christopher C. Peterson
Christopher C. Peterson